IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN YOUNGER, individually, and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  3:17-CV-1287-D |
| STRIKE TEAM, INC. d/b/a DALLAS SECURITY AND ALARM, NORTH TEXAS SECURITY & ALARM, INC., WALTER ROBERTS, ELIZABETH ROBERTS, HENRY CLEMONS, MICHAEL MCGREGOR, JOHN ROBERTS, AND PAMELA ROBERTS, | § § § § § § § | COLLECTIVE ACTION |
| *Defendants*. | § § | |

## DEFAULT JUDGMENT

The court having duly considered plaintiffs' January 11, 2018 motion for default judgment grants plaintiffs' motion and enters this final default judgment.

Accordingly, it is ordered and adjudged that plaintiffs Kevin Younger, Joseph Vankirk, Jamall Spearman, Cedric Johnson, Zaquita McClanahan, Mustafa Al Taie, Maide Woodberry, Reginald Adams, and Dyneishia Cushingberry recover judgment from defendants Strike Team, Inc., North Texas Security & Alarm, Inc., Walter Roberts, Michael McGregor, and John Roberts, jointly and severally, in the total amount of **$63,086.48**, with the judgment owing and to be distributed as follows:

The amount of **$6,057.76** in favor of **Kevin Younger**.

The amount of **$2,497.00** in favor of **Joseph VanKirk.**

The amount of **$6,124.36** in favor of **Jamall Spearman**.

The amount of **$1,988.00** in favor of **Cedric Johnson**.

    The amount of **$5,328.86** in favor of **Zaquita McClanahan**.

    The amount of **$739.50** in favor of **Musafa Al Taie.**

    The amount of **$5,635.00** in favor of **Maide Woodberry**.

    The amount of **$8,237.00** in favor of **Reginald Adams**.

    The amount of **$2,524.00** in favor of **Dyneishia Cushingberry.**

    The amount of **$23.950.00** in favor of **Tremain Artaza, PLLC**.

The court also assesses taxable costs of court of **$400.00** against defendants, jointly and severally.

This is a final default judgment that closes this case.

    Done at Dallas, Texas January 16, 2018.

                                        _____
                                          SIDNEY A. FITZWATER
                                          U.S. DISTRICT COURT JUDGE